JS - 6

**FILED: 02-26-2014**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Dakine Automotive Group, Inc., et al.*, | CASE NO. CV 13-7920-GHK (SHx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Ally Financial, Inc.*, | |
| Defendant. | |

Pursuant to the Court's February 26, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims against Defendant Ally Financial, Inc. are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 26, 2014

_____
GEORGE H. KING
Chief United States District Judge